| Probation Form 22<br>(REV. MAR 05) | United States District Court<br>Federal Probation System<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER (*Transfer Court*)<br>7:11-MJ-1035-1 |
|---|---|---|

4 :12CR00053FRB

| NAME OF OFFENDER<br><br>**Bradford Thorne Duncan** | DISTRICT<br>**EASTERN NORTH CAROLINA** | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>**Robert B. Jones, Jr.** | |
| | DATES OF SUPERVISION<br><br>→ | FROM<br>**12/21/2011** | TO<br>**12/20/2012** |

| OFFENSE<br>Reckless Driving 18 USC § 13, NCGS 20-140(b) |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Eastern District of Missouri upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

_____January 11, 2012_____
Date

_____[signature]_____
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

FEB 1 7 2012

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

_____JANUARY 30, 2012_____
Effective date

_____[signature] Frederick R. Buckles_____
United States ~~District~~ Judge

MAGISTRATE